USDC SCAN INDEX SHEET

















CSG 10/26/04 12:54

3:04-CR-02521 USA V. LIERSCH

*2*

*CRFTAPMO.*



# Minutes of the United States District Court
## Southern District of California
## Monday, October 25, 2004

2004CR02521-R

**For the Honorable: Anthony J. Battaglia Magistrate Judge**

*Deputy Clerk: Yolanda Madueno*

On Calendar:

2004CR02521-R

USA vs.

(1)ANDREW F. LIERSCH (C)

Lang Booking #

ENG 97366011 (1) By:

U S Attorney CR

619 557-5610

ARRAIGNMENT (1)

Minutes:

Tape No: AJB04-1: 135-680

SAUSA - MARK N. ZANIDES
F/D - JEROME MATTHEWS (S/A FRM N. DIST OF CA)
F/D - STEVE HUBACHEK (S/A)
FEDERAL DEFENDERS, INC. - APPOINTED

DFTS FIRST APPEARANCE

DFT ARRAIGNED ON THE INDICTMENT
DFT PLEADS NOT GUILTY

MOTION SETTING SET FOR 10/25/04 @ 2:00 P.M. TODAY, BEFORE JUDGE RHOADES.

COURT ORDERS THAT THE DEFENDANT IS TO REMAIN ON $500,000 P/S BOND POSTED IN THE NORTHERN DISTRICT OF CALIFORNIA, WITH THE SAME CONDITIONS OF BAIL AS SET IN THE NORTHERN DISTRICT OF CALIFORNIA.

ABSTRACT ORDER ISSUED FOR FINGERPRINT AND RELEASE OF DEFENDANT.



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Andrew F. Hirsch )

CASE NUMBER 04CR2521-R

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 10/25/04

the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 500,000 P/S bond posted. in Northern Dist. of CA

✓ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____________

[signature]
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by

Deputy Clerk

Received [signature]
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY