| | |
|---|---|
| 1 | CAROL C. LAM |
| | United States Attorney |
| 2 | California State Bar No. 129412 |
| | LAUREL BEELER |
| 3 | Special Assistant United States Attorney |
| | California State Bar No.187656 |
| 4 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
| | Telephone: (415) 436-6765 |
| 6 | Facsimile: (415) 436-7234 |
| | Email: laurel.beeler@usdoj.gov |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | |

FILED

2007 JAN 22 AM 8:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | Case No.: 04CR2521-JSR |
| 13 | Plaintiff, ) | [PROPOSED] ORDER RE SPEEDY TRIAL EXCLUSION |
| 14 | v. ) | |
| 15 | ANDREW F. LIERSCH, ) | Hearing Date: NONE |
| 16 | Defendant. ) | |

With the agreement of the parties, and for the reasons set forth in the parties' joint request and stipulation, the Court enters this order excluding time under the Speedy Trial Act from November 27, 2006, to February 12, 2007. Specifically:

1. Because motions are pending, the Speedy Trial Clock is tolled. See 18 U.S.C. § 3161(h)(1)(F).

2. In addition, the Court finds that for the reasons set forth parties' joint request and stipulation, "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(ii). The Court also agrees that failure to grant a continuance would deny counsel the reasonable time for

PROPOSED ORDER (04CR2521-JSR)

1  effective preparation, given the exercise of due diligence. See 18 U.S.C. §
2  3161(h)(8)(B)(iv). The parties agree, and the Court finds and holds, that excluding time
3  from November 27, 2006, to February 12, 2007, is appropriate for the reasons set forth in
4  the parties' stipulation. The Court finds and holds that the ends of justice served by
5  excluding the time from November 27, 2006, to February 12, 2007, outweigh the best
6  interest of the public and the defendant in a speedy trial. See id. § 3161(h)(A).

7     3. Accordingly, the Court excludes time under the Speedy Trial Act from November
8  27, 2006, to February 12, 2007.

9     IT IS SO ORDERED.

11 DATED: 1/18/07

JOHN S. RHOADES, SR.
United States District Judge

PROPOSED ORDER (04CR2521-JSR)