**FILED**
JUN 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN S. RHOADES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 04CR2521-JSR |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ANDREW F. LIERSCH, ) | **EXONERATING BOND** |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the bond in the above-named case is exonerated, and the security held by the Clerk's Office of this Court (specifically, La Suisse Space Certificate numbers 1,087,128; 1,087,129; 1,085,451; and 1,077,785 ) shall be immediately returned to the Defendant, Andrew Liersch.

**SO ORDERED.**

DATED: 6/4/07

HONORABLE JOHN S. RHOADES
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 2004 Cr 2421-R |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 97366011 |
| ANDREW F. LIENSCH ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __JUNE 4, 2007__ the Court entered the following order:

- __X__ Defendant be released from custody.
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- _____ Defendant released on $_____ bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- __X__ Defendant sentenced to TIME SERVED, supervised release for __1__ years.
- _____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- _____ Case Dismissed.
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- __X__ Other: SUPERVISED RELEASE WILL BECOME UNSUPERVISED ONCE DEFENDANT DEPOSITS $540,000 INTO DISTRICT COURTS REGISTRY FUND.

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Crim-9  (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY