| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | California State Bar No. 145309<br>LAUREL BEELER |
| 3 | Special Assistant United States Attorney<br>California State Bar No.187656 |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6765 |
| 6 | Facsimile: (415) 436-7234<br>Email: laurel.beeler@usdoj.gov |
| 7 | |
| 8 | Attorneys for Plaintiff |



FILED
JUN 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 04CR2521-JSR |
| Plaintiff, | ) ) | UNITED STATES' APPLICATION FOR ORDER DIRECTING THE CLERK |
| v. | ) ) | OF THE COURT TO HOLD FUNDS AND ORDER [PROPOSED] |
| ANDREW F. LIERSCH, | ) ) | Date:       May 21, 2007 |
| Defendant. | ) ) | Time:      10:00 a.m.<br>Courtroom: Judge Rhoades |

On May 21, 2007, the Court approved the parties' plea agreement, which provided in part for payment of $540,000 in restitution. In paragraph 8 of the plea agreement, the parties agree that the $540,000 will be sent from Mr. Liersch's Isle of Man account to an account identified by the United States so that ultimately, the United States can assign the assets for the benefit of certain creditors. The United States seeks an order from this Court directing the Clerk of the Court to receive the payment of $540,000 from the Isle of Man account and to hold such funds in the Clerk's Registry, including any interest earned

//
//
//
//
//

1  thereon, pending further order of the Court.

2  DATED: May 17, 2007                    Respectfully submitted,

3                                          KAREN P. HEWITT
                                           United States Attorney
4

5                                          ___s/Laurel Beeler_____
                                           LAUREL BEELER
6                                          Special Assistant United States Attorney

7  Approved as to form:

8  ___s/Steven F. Hubachek/Todd Burns___
   STEVEN F. HUBACHEK
9  TODD W. BURNS
   Federal Defenders of San Diego, Inc.
10 Attorneys for Andrew F. Liersch

11

12                                    ORDER

13    Based on the United States' application, and for good cause shown, it is hereby

14 ordered that the Clerk of the Court for the Southern District of California shall accept

15 from the Isle of Man Financial Trust/Aurora Investments Ltd. either a wire transfer or a

16 cashier's check made payable to "Clerk, United States District Court," in the amount of

17 $540,000, and to hold such funds in the Clerk's Registry, including interest earned

18 thereon, pending the further order of this Court.

19    IT IS SO ORDERED.

20 DATED: 5/31/(7                         _____
                                          JOHN S. RHOADES, SR.
21                                        United States District Judge

UNITED STATES' APPLICATION AND
ORDER [PROPOSED] (04CR2521-JSR)           2