KAREN P. HEWITT
United States Attorney
California State Bar No. 145309
LAUREL BEELER
Special Assistant United States Attorney
California State Bar No. 187656

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6765
Facsimile: (415) 436-7234
Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

FILED
AUG 2 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 04CR2521-JSR |
| Plaintiff, | ORDER RE PAYMENT OF $540,000 IN RESTITUTION |
| v. | Hearing Date: None needed |
| ANDREW F. LIERSCH, | |
| Defendant. | |

For good cause shown, it is hereby ordered that the Clerk of the Court for the Southern District of California shall ~~immediately~~ disburse from the Registry the $540,000 originally deposited in this case, including any interest earned on those funds while on deposit with the registry, to "Goodwill Industries of Santa Clara County," and send the check to the attention of Frank Kent, CEO, Goodwill Industries of Santa Clara County, 1080 North Seventh Avenue, San Jose, California 95112.

IT IS SO ORDERED.

DATED: 8/22/07

_____
JOHN S. RHOADES, SR.
United States District Judge

ORDER (04CR2521-JSR)