ORIGINAL

FILED
AUG 2 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN S. RHOADES)

| UNITED STATES OF AMERICA, | ) | Case No. 04cr2521-JSR |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROPOSED ORDER |
| ANDREW F. LIERSCH, | ) | TERMINATING SUPERVISED RELEASE |
| Defendant. | ) | |

Pursuant to the terms of the amended judgment filed August 22, 2007, and in light of the final repatriation of $540,000, it is hereby ordered that supervised release is terminated.

**SO ORDERED.**

Dated: 8/23/07

_____
HONORABLE JOHN S. RHOADES
United States District Judge