UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT -5  AM 10: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**UNITED STATES OF AMERICA,**
Plaintiff
    v.

**Andrew F. Liersch,**
Defendant

CASE NO. : 04 cr 2521 - JSR

**ORDER RE RECEIPT AND DISBURSEMENT OF $540,000 IN RESTITUTION CLARIFICATION**

### ORDER

The Clerk of Court has received and is ready to disburse the aforementioned funds according to orders filed August 22, 2007 and August 23, 2007. The funds were just received by the Clerk of Court, Southern District of California. In an effort to disburse funds without delay, we ask the Court to amend the Order to Disburse Funds filed August 23, 2007 to state that the funds deposited into the Court's Treasury Restitution Fund be disbursed directly from that fund. This change will eliminate a delay that would occur should it be necessary for the funds to be first placed into an interest-bearing account and then immediately disbursed.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**

that the Clerk of Court, Southern District of California disburse funds directly from the Court's Treasury Restitution Account to "Goodwill Industries of Santa Clara County" and send the check to the attention of Frank Kent, CEO Goodwill Industries of Santa Clara County, 1080 North Seventh Avenue, San Jose, California 95112.

**IT IS SO ORDERED.**

Dated: 10-5-07

Honorable Barry T. Moskowitz
United States District Judge